UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BARRY GIBBS,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　Petitioner　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　: CIVIL NO. 3:CV-08-0462
　　　　　　　　　　　　　　　　　:
ROBERT SHANNON,　　　　　　　　: (Judge Kosik)
　　　　　　　　　　　　　　　　　:
　　　　Respondent　　　　　　　　:

## ORDER

**AND NOW, THIS** 25th **DAY OF OCTOBER, 2013**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.　The petition for writ of habeas corpus (Doc. 1) is **denied**.

2.　The Clerk of Court is directed to **close this case**.

3.　There is no basis for the issuance of a certificate of appealability in this matter.

　　　　　　　　　　　　　　　　　　/s/ Edwin M. Kosik
　　　　　　　　　　　　　　　　　EDWIN M. KOSIK
　　　　　　　　　　　　　　　　　United States District Judge